1  BRODSKY MICKLOW BULL & WEISS LLP
   Eugene A. Brodsky, State Bar No. 36691
2  Edward M. Bull III, State Bar No. 141996
   384 Embarcadero West, Suite 200
3  Oakland, California 94607-3704
   Telephone: (510) 268-6180
4  Facsimile:  (510) 268-6181

5  Attorneys for Plaintiff,
   Donna Deloise Moore
6

7  Tony West
   Assistant Attorney General
8  Joseph P. Russoniello
   United States Attorney
9  R. Michael Underhill
   Attorney in Charge, West Coast Office
10 Torts Branch, Civil Division
   R. Scott Blaze
11 Senior Admiralty Counsel
   Torts Branch, Civil Division
12 U.S. Department of Justice
   P.O. Box 36028
13 450 Golden Gate Avenue, Room 7-5395
   San Francisco, CA 94102-3463
14
   Attorneys for Defendant
15 United States of America

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  DONNA DELOISE MOORE, | CASE NO. CV 10-2193 SC |
| 21            Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING |
| 22  vs. | SETTLEMENT CONFERENCE |
| 23 | |
| 24  THE UNITED STATES OF AMERICA, *in personam,* CAPE HORN, its engines, tackle, apparel, furniture, etc., *in rem* | |
| 25 | |
| 26 | |

27      DONNA DELOISE MOORE ("Plaintiff") and THE UNITED STATES OF

28

AMERICA ("Defendant") jointly submit this Stipulation and Proposed Order Continuing Settlement Conference as follows:

    WHEREAS Judge Conti has assigned this matter to this department for a settlement conference and the Court has set this matter for a settlement conference on November 24, 2010; and

    WHEREAS Plaintiff has recently filed a second action against the United States for injuries allegedly suffered (aboard a different U.S. owned ship) after being released to return to sea following the alleged accident of December 30, 2008 aboard the SS CAPE HORN (DONNA MOORE v. THE UNITED STATES OF AMERICA, CASE NO. C 10-04621SC); and

    WHEREAS Plaintiff is seeking a medical evaluation to determine whether the injuries complained of in the second action are related to the accident of December 30, 2008; and

    WHEREAS Judge Conti has Ordered that the cases are related as defined by Civil L.R. 7-11(See Docket No. 12) and the parties are to appear before Judge Conti for a case management conference on January 7, 2011, and anticipate discussing the possible consolidation of the two cases; and

    WHEREAS the parties do not believe that a settlement conference would be productive until such time as the above medical evaluation and consultation with Judge Conti at the January 7, 2011 case management conference are completed; and

    WHEREAS the mother in law of counsel for the United States has recently passed away and he wishes to attend her memorial service which is scheduled to take place in New England on November 23, 2010, the day before the now scheduled settlement confer;

    The parties HEREBY STIPULATE and request that the court order that the current settlement conference set for November 24, 2010 be taken off calendar, and that the matter be reset following the January 7, 2011 case management conference and further consultation with Judge Conti.

Stipulation and Proposed Order Continuing Settlement Conference
Case No. CV10-2193 SC
2

| | | |
|---|---|---|
| 2 | DATED: November 17, 2010 | BRODSKY MICKLOW BULL & WEISS LLP |
| 3 | | |
| 4 | | By: /S/ Edward M. Bull III<br>     Edward M. Bull III |
| 5 | | Attorneys for Plaintiff<br>Donna Deloise Moore |
| 8 | DATED: November 17, 2010 | U.S. Department of Justice<br>Torts Branch, Civil Division |
| 10 | | By: /S/ R. Scott Blaze<br>     R. Michael Underhill<br>     R. Scott Blaze |
| 12 | | Attorneys for Defendant<br>United States of America |

[PROPOSED]

## ORDER

Having considered the stipulation of counsel, and good cause appearing in support of their request, IT IS HEREBY ORDERED THAT the settlement conference set in this Department on November 24, 2010 is hereby off calendar, and that the Court will set a new settlement conference date following the January 7, 2011 case management conference. *Sett Conf continued to March 22, 2011 at 9 am*

DATED: 17 Nov

HON. BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE

Stipulation and Proposed Order Continuing Settlement Conference
Case No. CV10-2193 SC
3