BRODSKY MICKLOW BULL & WEISS LLP
Eugene A. Brodsky, State Bar No. 36691
Edward M. Bull III, State Bar No. 141996
384 Embarcadero West, Suite 200
Oakland, California  94607-3704
Telephone:   (510) 268-6180
Facsimile:    (510) 268-6181

Attorneys for Plaintiff,
Donna Deloise Moore


Tony West
Assistant Attorney General
Melinda L. Haag
United States Attorney
R. Michael Underhill
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. Scott Blaze
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102-3463

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DELOISE MOORE, | CASE NO. CV 10-2193 SC |
| Plaintiff, | AMENDED STIPULATION AND ~~PROPOSED~~ ORDER RE EXPERT DISCLOSURES AND REPORTS |
| vs. | |
| THE UNITED STATES OF AMERICA, *in personam,* CAPE HORN,  its engines, tackle, apparel, furniture, etc., *in rem* | |

DONNA DELOISE MOORE ("Plaintiff") and THE UNITED STATES OF

1  AMERICA ("Defendant") jointly submit this Stipulation and Proposed Order
2  Regarding Expert Disclosures and Reports as follows:
3      WHEREAS in its STATUS CONFERENCE ORDER of January 7, 2011, the
4  Court set this mater for a bench trial on September 6, 2011; and
5      WHEREAS the Court did not set dates for expert disclosures or the exchange of
6  expert reports in its January 7, 2011 Order; and
7      WHEREAS the parties want an exchange date approved by the Court; and
8      WHEREAS the parties want to await the completion of discovery prior to the
9  first disclosure of expert information and reports by the Plaintiff;
10     WHEREFORE The parties HEREBY STIPULATE and request that the Court
11 order that expert disclosures and reports be exchanged by the parties as follows:
12     By Plaintiff:    July 15, 2011
13     By Defendant:    August 5, 2011.

15 DATED: July 1, 2011    BRODSKY MICKLOW BULL & WEISS LLP

By:  /S/ Edward M. Bull III
Edward M. Bull III

Attorneys for Plaintiff
Donna Deloise Moore

21 DATED: July 1, 2011    U.S. Department of Justice
Torts Branch, Civil Division

By:  /S/ R. Scott Blaze
R. Michael Underhill
R. Scott Blaze

Attorneys for Defendant
United States of America

## [PROPOSED]
## ORDER

Having considered the stipulation of counsel, and good cause appearing in support of their request, IT IS HEREBY ORDERED THAT expert disclosures and reports be exchanged by the parties as follows:

By Plaintiff: July 15, 2011.

By Defendant: August 5, 2011.

DATED: 7/5/11

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

## CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to attorney, R. Scott Blaze, and that he authorized me to sign the document on his behalf.

/s/ Edward M. Bull III