IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DELOISE MOORE, ) | Case No. 10-CV-2193 SC |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

On September 22, 2011, the Court in the above-entitled action issued its Memorandum of Decision. ECF No. 77. In accordance with the Court's Memorandum of Decision, JUDGMENT is hereby entered in favor of Plaintiff Donna Moore and against Defendant United States of America with respect to Plaintiff's claims for unseaworthiness, negligence under the Jones Act, and maintenance and cure. The Court awards Plaintiff damages in the amount of $505,603.27 plus $26,635.18 in pre-judgment interest.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: October 11, 2011

UNITED STATES DISTRICT JUDGE