IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DELOISE MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 10-2193 SC<br><br>ORDER RE: TRIAL EXHIBITS |

On September 22, 2011, the Court issued its Findings of Fact and Conclusions of Law in the above-entitled action. ECF No. 77. As the trial in this matter has now concluded, the parties are hereby ORDERED to pick up their exhibits from the Court and retain the exhibits in their original form for appeal purposes. The parties shall contact the Courtroom Deputy to make arrangements to pick up their exhibits.

IT IS SO ORDERED.

Dated: 10/27, 2011

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE