IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DELOISE MOORE, | ) Case No. 10-CV-2193 SC |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S |
| v. | ) MOTION TO AMEND JUDGMENT |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

On October 12, 2011, after a bench trial, the Court entered judgment in this action in favor of Plaintiff Donna Deloise Moore ("Plaintiff") and against Defendant United States of America ("Defendant"). ECF No. 79. Now before the Court is Plaintiff's Motion to Amend the Judgment. ECF No. 85 ("Mot."). Also before the Court is Plaintiff's Motion to Shorten Time on the Motion to Amend Judgment. ECF No. 86.

Having reviewed Plaintiff's submissions, and for good cause appearing, the Court DENIES Plaintiff's Motion to Amend the Judgment. The Court also DENIES AS MOOT Plaintiff's Motion to Shorten Time.

IT IS SO ORDERED.

Dated: November 15, 2011         /s/ Samuel Conti
                                  UNITED STATES DISTRICT JUDGE